**FILED**

Jun 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>ANDRE MARTELL WELLS,<br><br>Defendants. | Case No. 21-mj-70904-MAG-1 (AGT)<br><br>Charging District: Eastern District of Texas<br><br>Charging District's Case No.: 4:21-CR-126-SDJ-KPJ |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The date, time, and place to appear in that court are as follows:

| | |
|---|---|
| Place:<br>U.S. Federal Courthouse<br>7940 Preston Road<br>Plano, Texas 75024 | Before Judge Johnson.<br>Date and Time: June 24, 2021 at 9:30 AM. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 28, 2021

*Kandis Westmore* (signature)

_____
Kandis A. Westmore
United States District Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*