1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  Northern District of California
   ANGELA MILELLA HANSEN
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:       Angela_Hansen@fd.org

7

8  Counsel for Defendant WELLS

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,         Case Nos.: 4:21 mj-70904 KAW

15         Plaintiff,                 STIPULATION AND [PROPOSED]
                                      ORDER TO TEMPORARILY MODIFY
16         v.                         BOND TO ALLOW OUT-OF-DISTRICT
                                      TRAVEL
17  ANDRE WELLS,

18         Defendants.

19

20      Andre Wells and Janin Vasquez are charged in the Eastern District of Texas and, on May 27,

21  2021, made initial appearances before the Court pursuant to Rule 5 of the Federal Rules of Criminal

22  Procedure.  The Court released both defendants on unsecured bonds with conditions.

23      Mr. Wells respectfully seeks the Court's permission to travel to Rocklin, California, which is in

24  the Eastern District of California, on June 19, 2021, between the hours of 7 a.m. and 6 p.m., to attend

25  an event for one of his children.  Defendant has provided verification of the event to Pretrial Services,

26  and his supervising officer has no objection to this request.  In addition, the government has no

27  objection to this travel request.

28

For these reasons, the parties stipulate and agree that the Court should temporarily modify the bond for Mr. Wells to allow him to travel to the Eastern District of California on June 19, 2021. All other conditions of release shall remain in effect on that day.

**IT IS SO STIPULATED.**

Dated:  June 16, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

       /S/
ANGELA MILELLA HANSEN
Assistant Federal Public Defender
Counsel for Andre Wells

Dated:  June 16, 2021

STEPHANIE HINDS
Acting United States Attorney
Northern District of California

       /S/
JONATHAN LEE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDRE WELLS,<br><br>  Defendants. | **Case Nos.:** 4:21 mj-70904 KAW<br><br>**[PROPOSED] ORDER TO TEMPORARILY MODIFY BOND TO ALLOW OUT-OF-DISTRICT TRAVEL** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby orders that the bond for Andre Wells be modified to allow Mr. Wells to travel to the Eastern District of California on June 19, 2021, between the hours of 7 a.m. and 6 p.m.  All other conditions of release shall remain in effect on that day.

IT IS SO ORDERED.

Dated: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER

1